UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOE LARA, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>LUBBOCK HEART HOSPITAL, LLC, dba LUBBOCK HEART & SURGICAL HOSPITAL,<br><br>        Defendant. | CIVIL ACTION NO. 5:23-CV-00036-H |

**AGREED MOTION TO ADVISE COURT OF SETTLEMENT, REQUEST A STAY OF DEFENDANT'S RESPONSIVE PLEADING DEADLINE, AND TO SET DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiff Joe Lara and Defendant Lubbock Heart Hospital, LLC, dba Lubbock Heart & Surgical Hospital respectfully file this Agreed Motion advising the Court of a proposed settlement between the parties and requesting an order from the Court: (i) setting **August 11, 2023** as the deadline for Plaintiff to file a Motion for Preliminary Approval; (ii) staying Defendant's deadline to respond to Plaintiff's Complaint which is currently set for June 30, 2023; and (iii) if the Court denies Preliminary Approval, resetting Defendant's responsive pleading deadline for 30 days after the denial of Preliminary Approval.

Good cause exists to grant this Agreed Motion based on the following facts:

1. Plaintiff filed his Class Action Complaint ("Complaint") on February 21, 2023. *See* ECF No. 1.

2. Defendant was served with the Complaint on February 21, 2023. *See* ECF No. 7.

3. Since being served with the Complaint, Defendant requested three unopposed extensions of time to respond to the Complaint. *See* ECF No.'s 8, 10, 12. The purpose of

Defendant's requests for extension was so that counsel for Defendant could gather information needed to respond to the Complaint and to allow additional time for the Parties to engage in early discussions about resolving this case.

4. The Court granted each of Defendant's requests and Defendant's current deadline to respond to the Complaint is June 30, 2023. *See* ECF No. 13.

5. Over the past few months, counsel for Plaintiff and counsel for Defendant have exchanged information to assist in the resolution of this matter. The parties attended a mediation with Bruce Friedman (a JAMS mediator) on June 15, 2023. During that mediation the parties made significant progress on the material terms of a proposed class action settlement, continued their discussions after mediation, and reached the material terms of a settlement on June 22, 2023.

6. The parties are currently working on drafting the formal Settlement Agreement and corresponding exhibits. Based upon timely completion of that Settlement Agreement, Plaintiff intends to file his Motion for Preliminary Approval on or before August 11, 2023.

7. In light of the above, Plaintiff and Defendant hereby request an order from the Court (1) staying Defendant's deadline to respond to Plaintiff's Complaint which is currently set for June 30, 2023; (2) setting the deadline to file the Motion for Preliminary Approval on August 11, 2023; and (3) if the Court denies Preliminary Approval, resetting Defendant's Responsive Pleading Deadline for 30 days after the denial of Preliminary Approval.

8. A proposed Order is attached hereto.

Dated this 22 day of June, 2023.

[*Signatures on Following Page*]

| | |
|---|---|
| **KENDALL LAW GROUP, PLLC** | **BAKER & HOSTETLER LLP** |
| By: */s/ Joe Kendall* | By: */s/ Tamara D. Baggett* |
| Joe Kendall (SBN 11260700) | Tamara D. Baggett (SBN 24058573) |
| **KENDALL LAW GROUP, PLLC** | **BAKER & HOSTETLER LLP** |
| 3811 Turtle Creek Blvd., Suite 1450 | 2850 North Harwood Street, Suite 1100 |
| Dallas, TX 75219 | Dallas, TX 75201 |
| Telephone: (214) 744-3000 | Telephone: (214) 210-1200 |
| Facsimile: (214) 744-3015 | Facsimile: (214) 210-1201 |
| Email: jkendall@kendalllawgroup.com | Email: tbaggett@bakerlaw.com |
| *Attorney for Plaintiff and Proposed Class* | |
| | By: */s/ Casie D. Collignon* |
| | Casie D. Collignon (pro hac vice forthcoming) |
| | **BAKER & HOSTETLER LLP** |
| | 1801 California Street, Suite 4400 |
| | Denver, CO 80202 |
| | Telephone: (303) 861-0600 |
| | Facsimile: (303) 861-7805 |
| | Email: ccollignon@bakerlaw.com |
| | By: */s/ Marcus McCutcheon* |
| | Marcus McCutcheon (pro hac vice forthcoming) |
| | **BAKER & HOSTETLER LLP** |
| | 600 Anton Blvd., Suite 900 |
| | Costa Mesa, CA 92626 |
| | Telephone: (714) 754-6600 |
| | Facsimile: (714) 754-6611 |
| | Email: mmccutcheon@bakerlaw.com |
| | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record on June 22, 2023 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

/s/ *Joe Kendall*
JOE KENDALL