UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JOE LARA, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

LUBBOCK HEART HOSPITAL, LLC d/b/a LUBBOCK HEART & SURGICAL HOSPITAL,

    Defendant.

No. 5:23-CV-036-H

## ORDER

Before the Court is the parties' notice of settlement and agreed motion to stay the defendant's responsive pleading deadline. Dkt. No. 14. For the reasons stated in the motion, the motion is granted. The parties shall file the appropriate dismissal documentation or a joint report otherwise indicating the status of this case by no later than August 11, 2023. The defendant's upcoming deadline to respond to the plaintiff's complaint is stayed until further notice.

So ordered on July 7, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE