UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOE LARA, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LUBBOCK HEART HOSPITAL, LLC, dba LUBBOCK HEART & SURGICAL HOSPITAL, <br><br> Defendant. | CIVIL ACTION NO. 5:23-CV-00036-H |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT PAPERS AND PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL**

Plaintiff Joe Lara and Defendant Lubbock Heart Hospital, LLC, dba Lubbock Heart & Surgical Hospital respectfully file this Agreed Motion for Extension of Time to File Settlement Papers and Plaintiff's Motion for Preliminary Approval requesting an order from the Court extending the deadline for the Parties to file the settlement agreement, exhibits, notice plan, and the deadline for Plaintiff to file his Motion for Preliminary Approval to **September 8, 2023.**

Good cause exists to grant this Agreed Motion based on the following facts:

1. Plaintiff filed his Class Action Complaint ("Complaint") on February 21, 2023. *See* ECF No. 1.

2. Defendant was served with the Complaint on February 21, 2023. *See* ECF No. 7.

3. Over the past few months, counsel for Plaintiff and counsel for Defendant have exchanged information to assist in the resolution of this matter. The parties attended a mediation with Bruce Friedman (a JAMS mediator) on June 15, 2023. During that mediation the parties made

significant progress on the material terms of a proposed class action settlement, continued their discussions after mediation, and reached the material terms of a settlement on June 22, 2023.

4. On August 9, 2023, the Parties filed a Joint Status Report, updating the Court on the status of the Parties settlement progress, and informing the Court that they anticipated finalizing the agreement or moving to preliminarily approve it, and that the Parties anticipated they will finalize the agreement, exhibits, and notice plan by August 18, 2023, with preliminary approval papers to follow by August 25, 2023.

5. The parties are diligently working on drafting and finalizing the formal Settlement Agreement and corresponding exhibits.

6. The Parties require a brief two-week extension of time to finalize and file the settlement agreement, exhibits, notice plan, and Plaintiff's motion for preliminary approval.

WHEREFORE, the Parties respectfully request that the court extend the Parties' deadline to file the settlement agreement, exhibits, notice plan, and Plaintiff's motion for preliminary approval to September 8, 2023.

7. A proposed order has been sent to the Court.

Dated August 22, 2023.

[*Signatures on Following Page*]

| | |
|---|---|
| **KENDALL LAW GROUP, PLLC**<br><br>*/s/ Raina C. Borrelli*<br>Raina C. Borrelli<br>**TURKE & STRAUSS LLP**<br>613 Williamson St., Suite 201 Madison, WI 53703 Telephone: (608) 237-1775<br>Facsimile:(608) 509-4423<br>raina@turkestrauss.com<br><br>Joe Kendall (SBN 11260700)<br>**KENDALL LAW GROUP, PLLC**<br>3811 Turtle Creek Blvd., Suite 1450 Dallas, TX 75219<br>Telephone: (214) 744-3000<br> Facsimile: (214)744-3015<br>jkendall@kendalllawgroup.com<br><br>*Attorneys for Plaintiff and the Proposed Class* | **BAKER & HOSTETLER LLP**<br><br>By:     */s/ Tamara D. Baggett*<br>       Tamara D. Baggett (SBN 24058573)<br>**BAKER & HOSTETLER LLP**<br>2850 North Harwood Street, Suite 1100<br>Dallas, TX 75201<br>Telephone: (214) 210-1200<br>Facsimile: (214) 210-1201<br>Email: tbaggett@bakerlaw.com<br><br><br>By:     */s/ Casie D. Collignon*<br>       Casie D. Collignon (pro hac vice forthcoming)<br>**BAKER & HOSTETLER LLP**<br>1801 California Street, Suite 4400<br>Denver, CO  80202<br>Telephone: (303) 861-0600<br>Facsimile: (303) 861-7805<br>Email: ccollignon@bakerlaw.com<br><br><br>By:     */s/ Marcus McCutcheon*<br>       Marcus McCutcheon (pro hac vice forthcoming)<br>**BAKER & HOSTETLER LLP**<br>600 Anton Blvd., Suite 900<br>Costa Mesa, CA 92626<br>Telephone: (714) 754-6600<br>Facsimile: (714) 754-6611<br>Email: mmccutcheon@bakerlaw.com |