UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOE LARA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUBBOCK HEART HOSPITAL, LLC d/b/a LUBBOCK HEART & SURGICAL HOSPITAL,<br><br>Defendant. | No. 5:23-CV-036-H |

## ORDER

Before the Court is the parties' Agreed Motion for Extension of Time to File Settlement Papers and Plaintiff's Motion for Preliminary Approval. Dkt. No. 17. For the reasons stated in the motion, the motion is granted. The parties' deadline to file the settlement agreement, exhibits, notice plan, and the plaintiff's motion for preliminary approval is now September 8, 2023.

So ordered on August 23, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE