UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOE LARA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUBBOCK HEART HOSPITAL, LLC, dba LUBBOCK HEART & SURGICAL HOSPITAL,<br><br>Defendant. | CIVIL ACTION NO. 5:23-CV-00036-H |

**PLAINTIFF'S UNOPPOSED MOTION
TO PRELIMINARILY APPROVE CLASS SETTLEMENT**

Plaintiff Joe Lara, on behalf of himself and all others similarly situated, hereby moves this Court to:

1. Preliminarily approve the settlement described in the "Settlement Agreement" between Plaintiff and Defendant, Lubbock Heart Hospital, LLC, d/b/a Lubbock Heart & Surgical Hospital ("Lubbock" or "Defendant"), and the attachments thereto (including the Claim Form, the Short Form Notice, the Long Form Notice, and the Proposed Preliminary Approval Order) filed herewith in support of this Motion as fair, reasonable, and adequate;

2. Provisionally certify the Settlement Class pursuant to Rule 23 for settlement purposes only;

3. Approve the Notice Program set forth in the Settlement Agreement, including the form and content of the notices attached to the Settlement Agreement as Exhibits A and B;

4. Designate Plaintiff as Class Representative;

1

5. Appoint Raina C. Borrelli of Turke & Strauss LLP as Class Counsel and Joe Kendall of Kendall Law Group as Texas Local Counsel;

6. Approve the retention of Epiq as Settlement Administrator;

7. Approve the procedures set forth in Section 4 of the Settlement Agreement (Exhibit 1 to the supporting Memorandum) for Settlement Class Members to exclude themselves from the Settlement Class or object to the Settlement;

8. Approve the use of a claim form substantially similar to that attached as Exhibit C to the Settlement Agreement, filed herewith;

9. Further stay the Action or otherwise adjourn litigation deadlines pending Final Approval of the Settlement;

10. Stay and/or enjoin, pending Final Approval of the Settlement, any actions brought by Settlement Class Members concerning a Released Claim; and

11. Schedule a Final Approval Hearing for a time and date convenient for the Court, at which the Court will conduct an inquiry into the fairness of the Settlement, final approval of the Settlement and consideration of Settlement Class Counsel's Motion for Award of Fees, Expenses, Expenses, and Service Awards for the Class Representative.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement; (3) the Declaration of Raina C. Borrelli filed herewith; (4) the Settlement Agreement; (5) the Notices of Class Action Settlement (both Short and Long Form); (6) the Claim Form; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (8) the records, pleadings, and papers filed in this action; and (10) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: September 8, 2023

Respectfully submitted,

/s/ Joe Kendall
JOE KENDALL
Texas Bar No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Telephone: 214/744-3000 / 214/744-3015 (fax)
jkendall@kendalllawgroup.com

Raina C. Borrelli (Admitted *pro hac vice*)
613 Williamson St., Suite 201
Madison, WI 53703
Telephone (608) 237-1775
Facsimile: (608) 509-4423
raina@turkestrauss.com

***Attorneys for Plaintiff and Proposed Class***

## CERTIFICATE OF CONFERENCE

I certify that on September 7, 2023, I conferred with Casie Collignon, counsel for defendant, regarding the substance of this motion and she stated that defendant does not oppose the relief requested herein.

/s/ Raina C. Borrelli
RAINA C. BORRELLI

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record on August 8, 2023 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

/s/ Joe Kendall
JOE KENDALL