UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOE LARA, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>LUBBOCK HEART HOSPITAL, LLC, dba LUBBOCK HEART & SURGICAL HOSPITAL,<br><br>      Defendant. | Case No. 5:23-cv-00036-H |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiff Joe Lara, individually and behalf of others similarly situated ("Plaintiff") hereby moves this Court for final approval of the class action settlement preliminarily approved by this Court on February 16, 2024. (ECF No. 36) Plaintiff respectfully requests that this Court:

1. Grant final certification of the Settlement Class for settlement purposes, appoint Plaintiff Joe Lara as Class Representative, and appoint Raina C. Borrelli of Strauss Borrelli PLLC and Joe Kendall of Kendall Law Group PLLC as Class Counsel;

2. Approve the requested attorney's fees and costs not to exceed $262,500, and Plaintiff's requested service award in the amount of $2,500;

3. Find that the Notice met the requirements of due process and Federal Rule of Civil Procedure 23;

4. Find that the terms of the Settlement Agreement fair, reasonable, and adequate and approved, adopted, and incorporated by the Court;

5.     Direct the Parties, their respective attorneys, and the Claims Administrator to consummate the Settlement in accordance with the Court Order and the terms of the Settlement Agreement, and;

6.     Resolve all claims against all parties in this Action and issue the Proposed Final Approval Order.

This Motion is based on the accompanying Supporting Memorandum; the Declaration of Raina C. Borrelli in Support of Preliminary Approval (ECF No. 20-2); the Declaration of Raina C. Borrelli in Support of Plaintiff's Motion to Approve Attorneys' Fees, Costs, and Service Award (ECF No. 40); the Settlement Agreement (ECF No. 20-1); Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Supporting Memorandum, Supporting Declarations, and attachments (ECF Nos. 19-20); and Plaintiff's Motion to Approve Attorney's Fees, Costs, and Service Award and accompanying documents at (ECF No. 38-39); and all other pleadings and papers on file in this action and any oral argument that may be heard by this Court at or prior to the Final Approval Hearing currently scheduled for Tuesday, July 30, 2024. Defendant does not oppose the relief sought in this motion.

Defendant does not oppose the relief sought in this motion.

WHEREFORE, for the reasons above, Plaintiff requests that the Court grant his Motion to for Final Approval of Class Action Settlement.

Dated: July 16, 2024            Respectfully Submitted,

By: /s/ *Raina C. Borrelli*
Raina C. Borrelli (*pro hac vice*)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL, 60611

Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

Joe Kendall
KENDALL LAW GROUP PLLC
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
jkendall@kendalllawgroup.com

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

      I, Raina C. Borrelli, hereby certify that on July 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 16th day of July, 2024.

                STRAUSS BORRELLI PLLC

                By: */s/ Raina C. Borrelli*
                      Raina C. Borrelli
                      raina@straussborrelli.com
                      STRAUSS BORRELLI PLLC
                      One Magnificent Mile
                      980 N Michigan Avenue, Suite 1610
                      Chicago IL, 60611
                      Telephone: (872) 263-1100
                      Facsimile: (872) 263-1109